**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

**TODD PRUETT, Appellant**

**V.**

**MARK STOLZ, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court is appellant's July 24, 2013 motion for an extension of time to file a brief. Appellant explains that he needs an extension of time to file a brief because he is trying to obtain a reporter's record from the 265th Judicial District Court in Dallas County, Texas. By order signed on May 24, 2013, this Court denied appellant's motion for the reporter's record from the 265th Judicial District Court, because no record from the proceedings in the 265th Judicial District Court was made part of the record in the proceedings on appeal in this case.

For this reason, we **DENY** appellant's motion.

On the Court's own motion, we **ORDER** appellant to file his brief on or before August 23, 2013.  We caution appellant that failure to file a brief by that date will result in dismissal of the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1)

/s/     CAROLYN WRIGHT
CHIEF JUSTICE